■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. BRANTON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for reargument denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

67 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT ASTOR WILLIAMS, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for extension of time granted and time extended for 90 days. Motion, in all other respects, denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of EDWARD V. CLARK et al., Individually and as Trustees of Roseton Common School District No. 5 of the Town of Newburgh, et al., Respondents, against JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Respondent-Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 15, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ PAUL J. RICKETT, Appellant, v. STATE OF NEW YORK, Respondent. MARGARET R. RICKETT, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of EDWARD W. WAGNER, Respondent, against CITY PRODUCTS CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER BUZZETTE, Appellant.— Motion for an extension of time to perfect appeal denied. Motion for assignment of counsel denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of EDWARD J. WENTWORTH, JR., et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. — Motion to amend decision of this court, handed down May 26, 1960 (11 A D 2d 605), by eliminating the provision allowing costs, granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUMERCINDO QUINONES, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora Hospital, Respondent.— Application to withdraw appeal. Application granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ FITZGERALD BROS. BREWING CO., Appellant, v. FRANK IAROSSI, Individually and Doing Business as MADISON BOTTLING WORKS, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ JOSEPH E. AUDET, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.